Betty J. PETTIGREW, Appellant,

v.

MOBERLY PUBLIC SCHOOL DISTRICT and Missouri Uniform School Insurance Council

and

Treasurer of the State of Missouri, Custodian of the Second Injury Fund, Respondents.

No. WD 48046.

Missouri Court of Appeals, Western District.

Dec. 28, 1993.

Rehearing Denied Feb. 1, 1994.

Russell C. Still, Columbia, for appellant.

Brian J. Fowler, Kansas City, for Moberly Public School Dist. and Mo. Uniform School Ins. Council.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Michael J. Spillane, Asst. Atty. Gen., Kansas City, for Mo. State Treasurer.

Before TURNAGE, P.J., and HANNA and ELLIS, JJ.

*ORDER*

PER CURIAM:

Appeal from the final award denying workers' compensation claim for failure to provide notice.

Judgment affirmed. Rule 84.16(b).